JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICES OF JERRY FONG
706 COWPER STREET;   SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant ROBERTO BLANCAS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.    12-70925 HRL |
| ) | |
| Plaintiff, ) | STIPULATION BETWEEN USA & |
| ) | DEF. ROBERTO BLANCAS TO |
| vs. ) | REQUEST A CONTINUANCE OF |
| ) | THE HEARING RE RE-OPENING OF |
| JORGE LUIS CORIA-SANCHEZ, ) | DETENTION HEARING AND |
| ROBERTO BLANCAS, EDGAR ) | [PROPOSED] ORDER RE SAME. |
| CARDENAS-PACHECO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

At Defendant Roberto Blancas' request, the parties (Plaintiff United States of America and Defendant Blancas) hereby stipulate to request that the Court continue the hearing currently set on Wednesday, September 19, 2012, at 9:30 a.m., to Thursday, September 27, 2012, at 9:00 a.m.

At Mr. Blancas' first court appearance on September 12, 2012, his counsel, Jerry Fong, requested a setting (on September 19, 2012) for a hearing for a possible re-opening and/or modification of the detention order (issued in Portland, Oregon).  The Court also set the preliminary hearing or arraignment (if an indictment is returned by then) on September

27, 2012, at 9:30 a.m., for all defendants.

After consulting with his client and his client's family, Attorney Fong believes that he will need more time to prepare a possible motion to re-open or modify the detention order from Portland. Accordingly, he respectfully requests, with the Government's concurrence, that the Court continue the September 19, 2012 hearing to the time already scheduled for the prelim hearing and/or arraignment, September 27, 2012, at 9:30 a.m. Mr. Blancas is currently detained on a pretrial basis, at the San Jose Men's Main Jail. It is so stipulated.

DATED: September 13, 2012					Respectfully submitted,


							    /S/
							JERRY Y. FONG, Attorney for
							Defendant ROBERTO BLANCAS


DATED: September 13, 2012					Respectfully submitted,



							    /S/
							SAUSA ANN MARIE URSINI, Attorney for
							Plaintiff UNITED STATES OF AMERICA


[PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the stipulated request to continue the hearing currently set on September 19, 2012, at 9:30 a.m. is granted. The hearing shall be continued to September 27, 2012, at 9:30 a.m. It is so ordered.

DATED: September 18, 2012			_____
							MAGISTRATE-JUDGE OF THE
							UNITED STATES DISTRICT COURT